IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| BRIAN THOMAS FINLEY ) | CASE NO. 10-13311 |
| aka BRIAN T. FINLEY ) | |
| ) | JUDGE ARTHUR I HARRIS |
| JESSICA MARIE FINLEY ) | |
| aka JESSICA M. FINLEY ) | **NOTICE TO WITHDRAW** |
| AKA JESSICA M. PEREZ ) | **MOTION FOR RELIEF FROM STAY** |
| ) | |
| Debtors ) | PROPERTY ADDRESS: |
| ) | ** 6210 Laverne Avenue |
| ) |     Parma, Ohio  44129 |

   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR OWNIT MORTGAGE LOAN TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-4, its successors and assigns ("Movant"), by and through its attorney, and files the within designated Notice to Withdraw a Motion For Relief From Stay that was filed in this Court on March 21, 2011.

   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR OWNIT MORTGAGE LOAN TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-4, its successors and assigns represents to this Court that it does not wish to pursue the Motion For Relief From Stay at this time and hereby withdraws the Motion which has been filed.

/s/ *Faye D. English*
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
*Faye D. English #0075557*
*Edward A. Bailey #0068073*
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
fenglish@reimerlaw.com

## CERTIFICATE OF SERVICE

I certify that on April 19, 2011 a copy of the foregoing Notice To Withdraw Motion For Relief From Stay Abandonment was electronically transmitted via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

1. Office of the U.S. Trustee
   *Served electronically*

2. Craig Shopneck, Trustee
   ch13shopneck@ch13cleve.com

3. Richard H. Nemeth, Esq.
   rnemeth@nemethandassociates.com

   I hereby certify that the following were served by mailing the same by ordinary U.S. mail, postage prepaid, to the persons listed below:

4. Brian Thomas Finley
   Jessica Marie Finley, Debtors
   6210 Laverne Avenue
   Parma, Ohio  44129

5. Cuyahoga County Treasurer
   1219 Ontario St., Room 300
   Cleveland, OH 44113

6. Specialized Loan Servicing
   8742 Lucent Blvd, Ste 300
   Highlands Ranch, CO  80129

/s/ Faye D. English
REIMER, ARNOVITZ, CHERNEK &
JEFFREY CO., L.P.A.
Faye D. English #0075557
Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
Phone No. 330-425-4201
Fax No. 330-425-2155
fenglish@reimerlaw.com