B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Brian Thomas Finley,**
        **Jessica Marie Finley** ,
        Debtors

Case No. __10-13311-H__

Chapter __13__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 85,000.00 | | |
| B - Personal Property | Yes | 3 | 4,493.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 128,598.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 6,728.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 41,112.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,481.92 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,208.59 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 89,493.00 | | |
| Total Liabilities | | | | 176,439.44 | |

# United States Bankruptcy Court
## Northern District of Ohio

In re: **Brian Thomas Finley, Jessica Marie Finley**, Debtors

Case No. **10-13311-H**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 6,728.70 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 10,196.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 16,924.70 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,481.92 |
| Average Expenses (from Schedule J, Line 18) | 3,208.59 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,986.41 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 43,598.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 6,728.70 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 41,112.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 84,710.74 |

B6F (Official Form 6F) (12/07)

In re   **Brian Thomas Finley,**
        **Jessica Marie Finley**
                                                                                                     ,
                                                        Debtors

Case No.   **10-13311-H**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6616** <br> **Creditor #: 1** <br> **Alexandria Vaneck Co., LPA** <br> **5660 Southwyck Blvd. #110** <br> **Toledo, OH 43614** | | W | **7/2/02** <br> **Medical services** | | | | **165.00** |
| Account No. <br> **Cottle Pathology Services Inc** | | | **Additional Notify:** <br> **Alexandria Vaneck Co., LPA** | | | | **Notice Only** |
| Account No. **xxxxxxxxx5630** <br> **Creditor #: 2** <br> **Asset Acceptance Corp.** <br> **P.O. Box 2036** <br> **Warren, MI 48090** | | J | **1/31/2006** <br> **SBC** | | | | **240.00** |
| Account No. <br> **SBC** <br> **Bill Payment Center** <br> **Saginaw, MI 48663-0003** | | | **Additional Notify:** <br> **Asset Acceptance Corp.** | | | | **Notice Only** |

__11__  continuation sheets attached

Subtotal
(Total of this page)                    **405.00**

In re **Brian Thomas Finley,**
**Jessica Marie Finley**, Case No. **10-13311-H**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6269**<br>**Creditor #: 3**<br>**Assetcare Inc**<br>**5100 Peachtree Inddustrial Blvd.**<br>**Norcross, GA 30071** | | W | **8/2/2008**<br>**Medical Services** | | | | **179.00** |
| Account No.<br>**Creditor #: 4**<br>**Citi Auto**<br>**% Santander Consumer USA, Inc.**<br>**P. O. Box 961245**<br>**Fort Worth, TX 76161-1245** | | J | **2007**<br>**repossessed automobile** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx3624**<br>**Creditor #: 5**<br>**Citifinancial**<br>**300 Saint Paul Place**<br>**Baltimore, MD 21202** | | W | **Opened 8/16/06 Last Active 7/28/07**<br>**Credit card purchases** | | | | **9,013.00** |
| Account No.<br>**Creditor #: 6**<br>**Cleveland Clinic**<br>**PO Box 94909**<br>**Cleveland, OH 44101** | | H | **Medical services** | | | | **Unknown** |
| Account No. **xx0101**<br>**Creditor #: 7**<br>**Cleveland Regional Physicians**<br>**PO Box 715128**<br>**Columbus, OH 43271** | | W | **Medical services.**<br>**Multiple accounts.** | | | | **350.00** |

Sheet no. **1** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,542.00**

In re **Brian Thomas Finley,**
**Jessica Marie Finley,**
Debtors

Case No. **10-13311-H**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Revenue Group**<br>3700 Park East Dr., Ste. 240<br>Beachwood, OH 44122 | | | **Additional Notify:**<br>**Cleveland Regional Physicians** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 8**<br>**Cleveland State University**<br>2121 Euclid Ave<br>Cleveland, OH 44115-2214 | | J | 2008 | | | | **Unknown** |
| Account No.<br>**Keith D. Weiner & Associates**<br>75 Public Square, 4th Floor<br>Cleveland, OH 44113 | | | **Additional Notify:**<br>**Cleveland State University** | | | | **Notice Only** |
| Account No. **x-xx383.0**<br>**Creditor #: 9**<br>**Community Emergency Physicians**<br>P.O. Box 72556<br>Cleveland, OH 44192 | | H | 2/5/2001<br>Medical Services | | | | **185.00** |
| Account No. **xxxxxxxxxxxx1248**<br>**Creditor #: 10**<br>**Dillard's/GEMB**<br>c/o LVNV Funding, LLC<br>P.O. Box 740281<br>Houston, TX 77274 | | W | Opened 6/24/08 Last Active 6/01/06<br>Credit card purchases | | | | **718.00** |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**903.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brian Thomas Finley,**
        **Jessica Marie Finley**                                                                           Case No.   **10-13311-H**
_____,
                                                     Debtors
## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6232** <br> **Creditor #: 11** <br> **Direct Loan Clinic/Lakewood** <br> **c/o First Federal Credit Control** <br> **24700 Chagrin Bldv., Ste. 205** <br> **Beachwood, OH 44122** | | W | **Opened 3/01/07 Last Active 10/01/06** <br> **Consumer purchases** | | | | 518.00 |
| Account No. **xxxx2047** <br> **Creditor #: 12** <br> **Direct Loan Parma Hospital** <br> **c/o NCO Fin/55** <br> **605 W. Edison Rd., Ste. K** <br> **Mishawaka, IN 46545** | | W | **Opened 6/01/05 Last Active 5/01/03** <br> **Medical services** | | | | 518.00 |
| Account No. <br> **Creditor #: 13** <br> **Dr. Azzam Ahmed** <br> **Comprehensive Care** <br> **5734 Ridge Road** <br> **Cleveland, OH 44129** | | W | **Medical services** | | | | 2,500.00 |
| Account No. **Unknown** <br> **Creditor #: 14** <br> **Dr. Daniel Polster** <br> **7575 North Ciff Ave. Suite 405** <br> **Cleveland, OH 44144** | | W | **Unknown** <br> **Medical** | | | | 728.00 |
| Account No. <br> **Creditor #: 15** <br> **Dr. Fadi Bashour** <br> **7575 Northcliff Avenue** <br> **Cleveland, OH 44144** | | J | **Medical services** | | | | 0.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         4,264.00

In re  **Brian Thomas Finley,**
       **Jessica Marie Finley**                                              Case No.  **10-13311-H**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2340** <br> **Creditor #: 16** <br> **Emergency Physicians** <br> **24700 Chagrin Blvd Ste 205** <br> **Beachwood, OH 44122** | | W | 5/9/2007 <br> Medical services | | | | 3,312.00 |
| Account No. <br> **First Federal Credit Control** <br> **24700 Chagrin Blvd., Ste. 205** <br> **Beachwood, OH 44122** | | | Additional Notify: <br> Emergency Physicians | | | | Notice Only |
| Account No. **xxxx9976** <br> **Creditor #: 17** <br> **Emergency Prof Svcs. Inc.** <br> **c/o NCO Fin/2** <br> **507 Prudential Rd.** <br> **Horsham, PA 19044** | | H | Opened 9/28/09 Last Active 6/01/08 <br> Medical services | | | | 84.00 |
| Account No. **AMAIN128055** <br> **MJ Hecker & Associates , PC** <br> **5889 Greenwood Plaza Suite 205** <br> **Englewood, CO 80111** | | | Additional Notify: <br> Emergency Prof Svcs. Inc. | | | | Notice Only |
| Account No. <br> **Creditor #: 18** <br> **Fairview Hospital** <br> **PO Box 92929** <br> **Cleveland, OH 44194** | | J | Medical services. <br> Multiple accounts for both debtors. | | | | Unknown |

Sheet no. **4** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,396.00**

In re **Brian Thomas Finley,**
**Jessica Marie Finley**, Case No. **10-13311-H**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>CBCS<br>P.O. Box 165025<br>Columbus, OH 43216-5025 | | | **Additional Notify:**<br>**Fairview Hospital** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx0384<br>Creditor #: 19<br>Home Depot/Citibank<br>c/o LVNV Funding, Inc.<br>P.O. Box 740281<br>Houston, TX 77274 | | H | **Opened 4/29/08 Last Active 7/01/06**<br>**Credit card purchases** | | | | 2,828.00 |
| Account No. xxxx4030<br>Creditor #: 20<br>Imaging Center<br>c/o First Federal Credit Control<br>24700 Chagrin Bldv., Ste. 205<br>Beachwood, OH 44122 | | H | **Opened 11/12/09 Last Active 3/01/09**<br>**Medical services** | | | | 80.00 |
| Account No. xxxxx4961<br>Creditor #: 21<br>Kaiser Permanente<br>c/o NCO Fin/55<br>P.O. Box 15636<br>Wilmington, DE 19850 | | H | **Opened 7/12/07**<br>**Medical services** | | | | 222.00 |
| Account No. xxx9352<br>Creditor #: 22<br>Kevin L. String L.P.A.<br>P.O. Box 221406<br>Cleveland, OH 44114 | | W | **7/11/2001**<br>**Medical services.** | | | | 158.00 |

Sheet no. **5** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,288.00**

In re **Brian Thomas Finley,**
**Jessica Marie Finley** ,

Case No. **10-13311-H**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Immediate Medical Management** | | | **Additional Notify:**<br>**Kevin L. String L.P.A.** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 23**<br>**LabCorp.**<br>**P.O. Box 2240**<br>**Burlington, NC 27216-2240** | | W | **Medical services** | | | | **70.00** |
| Account No.<br>**Creditor #: 24**<br>**Lakewood Hospital**<br>**PO Box 73502**<br>**Cleveland, OH 44193-0002** | | W | **Medical services.** | | | | **500.00** |
| Account No. **x/x/2001**<br>**Creditor #: 25**<br>**Michael P. Margelefsky**<br>**709 Madison Ave Suite 302**<br>**Toledo, OH 43624** | | H | **Medical services** | | | | **158.00** |
| Account No.<br>**Emergency Physicians Group** | | | **Additional Notify:**<br>**Michael P. Margelefsky** | | | | **Notice Only** |

Sheet no. **6** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**728.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brian Thomas Finley,**
       **Jessica Marie Finley**
                                                                    ,
                               Debtors

Case No. **10-13311-H**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6164**<br>**Creditor #: 26**<br>**Montgomery, Lynch & Assoc.**<br>**P.O. Box 21369**<br>**Cleveland, OH 44121-1369** | | W | **4/22/2005**<br>**Notice only - collections for another claim.**<br>**Claim amount $** | | | | **728.00** |
| Account No. **xxxxxxx200E**<br>**Creditor #: 27**<br>**NCO**<br>**P.O. Box 7622**<br>**Fort Washington, PA 19034** | | J | **Dayton Newspapers Inc.** | | | | **46.44** |
| Account No. **xxxx2047**<br>**Creditor #: 28**<br>**NCO Financial Systems, Inc.**<br>**P.O. Box 41421**<br>**Dept. 55**<br>**Philadelphia, PA 19101** | | H | **6/7/2005**<br>**Medical services** | | | | **517.80** |
| Account No. **xxxx9688**<br>**Creditor #: 29**<br>**Ohio Anesthesia Group**<br>**PO Box 715128**<br>**Columbus, OH 43271** | | J | **Medical services** | | | | **93.60** |
| Account No. **xxx7357**<br>**Creditor #: 30**<br>**Ohio Attorney General**<br>**150 East Gay Street, 21st Floor**<br>**Columbus, OH 43215** | | J | **2007** | | | | **4,628.00** |

Sheet no. **7** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **6,013.84**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Finley,**
**Jessica Marie Finley** _____,
Debtors

Case No. **10-13311-H**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx4351<br>Creditor #: 31<br>Parma Anesthesia Associates<br>5425 Warner Rd Suite 12<br>Cleveland, OH 44125 | | W | 7/2/2003<br>Medical services. | | | | 720.60 |
| Account No.<br>J.L Russell & Associates | | | Additional Notify:<br>Parma Anesthesia Associates | | | | Notice Only |
| Account No.<br>Creditor #: 32<br>Parma Hospital<br>7007 Powers Blvd.<br>Cleveland, OH 44129 | | J | Medical services.<br>Multiple accounts for both debtors. | | | | Unknown |
| Account No.<br>NCO Financial Systems, Inc.<br>P.O. Box 41421<br>Dept. 44<br>Philadelphia, PA 19101 | | | Additional Notify:<br>Parma Hospital | | | | Notice Only |
| Account No. xxxx8774<br>Creditor #: 33<br>Ridge Neck and Back<br>c/o First Federal Credit Control<br>24700 Chagrin Bldv., Ste. 205<br>Beachwood, OH 44122 | | H | Opened 10/09/09  Last Active  4/01/09<br>Medical services | | | | 305.00 |

Sheet no. **8** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,025.60**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Finley,**
**Jessica Marie Finley**
_____,
Debtors

Case No. **10-13311-H**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 34** <br> **Sandvik Publishing** <br> **P.O. Box 1919** <br> **Kings Park, NY 11754** | | J | **Book club** | | | | **50.00** |
| Account No. <br> **Creditor #: 35** <br> **SBC** <br> **Bill Payment Center** <br> **Saginaw, MI 48663-0003** | | J | **Phone services** | | | | **200.00** |
| Account No. <br> **AT &T Bankruptcy Dept.** <br> **P.O. Box 769** <br> **Arlington, TX 76004** | | | **Additional Notify:** <br> **SBC** | | | | **Notice Only** |
| Account No. **xxxxxxx-xxx7524** <br> **Creditor #: 36** <br> **Southwest Hospital** <br> **P.O. Box 22215** <br> **Beachwood, OH 44122** | | H | **12/25/1999-8/08/2003** <br> **Medical services** | | | | **150.00** |
| Account No. <br> **Receivables Outsourcing Inc.** <br> **P.O. Box 22215** <br> **Beachwood, OH 44122** | | | **Additional Notify:** <br> **Southwest Hospital** | | | | **Notice Only** |

Sheet no. **9** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**400.00**

In re **Brian Thomas Finley,**
**Jessica Marie Finley**,
Debtors

Case No. **10-13311-H**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9044** <br> **Creditor #: 37** <br> **Timber Ridge Neck and Back** <br> **9257 Sprague Road** <br> **North Royalton, OH 44133** | | H | **Medical services.** | | | | **304.69** |
| Account No. <br> **Creditor #: 38** <br> **Unifund CCR Partners** <br> **Box 42465** <br> **Cincinnati, OH 45242** | | J | **2009** | | | | **Unknown** |
| Account No. <br> **David Bader, Esq.** <br> **3231 Central Park West** <br> **Suite 203** <br> **Toledo, OH 43617** | | | **Additional Notify:** <br> **Unifund CCR Partners** | | | | **Notice Only** |
| Account No. **xxxxxx4841** <br> **Creditor #: 39** <br> **US Dept. of Education** <br> **P.O. Box 5609** <br> **Greenville, TX 75403** | | W | **Opened 9/21/03 Last Active 11/01/09** <br> **Student loan** | | | | **10,196.00** |
| Account No. **xxxxxxxxx-xxxx3792** <br> **Creditor #: 40** <br> **Washington Mutual Bank FA** <br> **c/o Arrown Financial Services** <br> **5995 W. Tougy Ave.** <br> **Niles, IL 60714** | | W | **Opened 7/26/07 Last Active 12/01/06** <br> **Credit card purchases.** <br> **Multiple accounts** | | | | **Unknown** |

Sheet no. **10** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **10,500.69**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brian Thomas Finley,**         Case No. **10-13311-H**
     **Jessica Marie Finley**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 41**<br>**Westgate Medical Group**<br>**P.O. Box 30**<br>**Ravenna, OH 44266** | | W | **Medical services** | | | | **567.00** |
| Account No.<br>**Creditor #: 42**<br>**Westside Imaging Center**<br>**25001 Emery Road**<br>**Suite 100**<br>**Cleveland, OH 44128** | | H | **Medical services** | | | | **79.61** |
| Account No.<br>**First Federal Credit Control**<br>**24700 Chagrin Blvd., Ste. 205**<br>**Beachwood, OH 44122** | | | **Additional Notify:**<br>**Westside Imaging Center** | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **11** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **646.61**

Total (Report on Summary of Schedules)     **41,112.74**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re: **Brian Thomas Finley**
**Jessica Marie Finley**
Debtor(s)

Case No. **10-13311-H**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 8, 2012**     Signature  **/s/ Brian Thomas Finley**
                                     **Brian Thomas Finley**
                                     Debtor

Date **June 8, 2012**     Signature  **/s/ Jessica Marie Finley**
                                     **Jessica Marie Finley**
                                     Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.