The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 13, 2012, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: June 13, 2012**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| Brian Finley | ) | CASE NO. 10-13311 |
| and | ) | |
| Jessica Finley, | ) | JUDGE: Arthur I. Harris |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING *DEBTORS' MOTION FOR ORDER GRANTING AUTHORITY TO ENTER INTO LOAN MODIFICATION AGREEMENT WITH OCWEN LOAN SERVICING, LLC***

This matter is before the Court upon *Debtors' Motion for an Order Granting Authority to Enter into Loan Modification Agreement with Ocwen Loan Servicing, LLC*.

Upon notice and hearing, the Court finds that all appropriate parties were duly served with the notice and hearing date, no party filed an objection or otherwise appeared

in opposition thereto, and it appears appropriate to grant the relief requested. It is therefore,

**ORDERED, ADJUDGED AND DECREED,** that the debtors' motion for a loan modification agreement is granted. The debtors are hereby authorized to enter into the loan modification agreement set forth in their motion.

###

Submitted by:

/s/ *Richard H. Nemeth*
Richard H. Nemeth (#0007392)
Matthew H. Barrett (#0066984)
Nemeth & Barrett, LLC
*Attorneys for the debtors*
526 Superior Ave., East, Ste. 1120
Cleveland, OH 44114-1402
216/502-1300; Fax: 216/502-1301
Email: rnemeth@OHbklaw.com

Service list:

Craig Shopneck, Chapter 13 Trustee
(served electronically)

Richard H. Nemeth
*Attorney for the debtors*
(served electronically)

Ocwen Loan Servicing, LLC
P. O. Box 24737
West Palm Beach, FL    33416-4737

Brian and Jessica Finley
6201 Laverne Avenue
Parma, OH 44129