The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on September 24, 2012, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: September 24, 2012**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| Brian Finley | ) | CASE NO. 10-13311 |
| and | ) | |
| Jessica Finley, | ) | JUDGE: Arthur I. Harris |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING *DEBTORS' MOTION FOR ENTRY OF AN ORDER ENFORCING TERMS OF LOAN MODIFICATION AGREEMENT***

This matter is before the Court upon the *Debtors' Motion for Entry of an Order Enforcing Terms of Loan Modification Agreement.*

Upon motion and hearing, the Court finds that all appropriate parties were duly

served with the motion and notice of the hearing date, no party has filed an objection or otherwise appeared in opposition to the motion and it appears appropriate to grant the relief requested. It is therefore,

**ORDERED, ADJUDGED AND DECREED,** that the debtors' motion is granted. Ocwen Loan Servicing, LLC ("Ocwen") is hereby ordered to honor and adhere to the terms of the loan modification agreement between Ocwen and the debtors dated December 30, 2011.

###

Submitted by:

/s/ *Richard H. Nemeth*
Richard H. Nemeth (#0007392)
Nemeth & Barrett, LLC
*Attorney for the debtors*
526 Superior Avenue, NE, #1120
Cleveland, OH 44114-1402
216/502-1300; Fax: 216/502-1301
E-Mail: rnemeth@ohbklaw.com

**SERVICE**

Craig Shopneck, Chapter 13 Trustee
(served electronically)

Richard H. Nemeth,
*Attorney for the debtors*
(served electronically)

Ocwen Loan Servicing, LLC
P. O. Box 24737
West Palm Beach, FL 33416-4737

Brian and Jessica Finley
6201 Laverne Avenue
Parma, OH 44129