UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | Brian T Finley | ) Case No. 10-13311 |
|---|---|---|
| | Jessica M Finley | ) Chapter 13 Proceedings |
| | Debtors | ) Judge Arthur I. Harris |

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Bankruptcy Rule 3002(f), CRAIG SHOPNECK, the duly appointed, qualified, and standing Chapter 13 Trustee ("Trustee") herein files notice that the amount required to cure the default in the below claim has been paid in full.

---

**Creditor:** HSBC Bank USA NA

**Last 4 digits of number used to identify Debtor's account:** 0622

| Court Claim Number | Cure Amount in Proof of Claim | Amount Paid by Trustee |
|---|---|---|
| 16 | $2,269.17 | $2,269.17 |

---

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtors, Debtors' counsel and Trustee a statement (1) indicating whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim, and (2) whether the Debtors are otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure or post petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the creditor's proof of claim and is not subject to Federal Bankruptcy Rule 3001(f).

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on April 19, 2013 a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Richard H Nemeth, on behalf of Jessica M & Brian T Finley, Debtors, at Rnemeth@Ohbklaw.Com

And by regular U.S. mail, postage prepaid, on:

    Jessica M & Brian T Finley, Debtors, at 6210 Laverne Ave, Parma, OH 44129

    HSBC Bank USA NA, Litton Loan Servicing LP, P.O. Box 4387, Houston, TX 772104387

    HSBC Bank USA NA, Litton Loan Servicing LP, 4828 Loop Central Dr, Houston, TX 770812226

    Litton Loan Servicing, Llp, P.O. Box 829009, Dallas, TX 753829009

    Mccalla Raymer Llc, 1544 Old Alabama Road, Roswell Ga 300762102

    Reimer, Arnovitz, Chernek & Jeffrey, %Edward Bailey/Faye English, P.O. Box 968, Twinsburg OH 44087

    /S/ Craig Shopneck
    CRAIG SHOPNECK (#0009552)
    Chapter 13 Trustee
    200 Public Square, BP Tower Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13shopneck@ch13cleve.com

CS/bas