0011-35-EPIE35-00400212-400277

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: BRIAN THOMAS FINLEY  
JESSICA MARIE FINLEY  
Debtor(s)

Case No.: 10-13311-aih

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Craig Shopneck - CLEVELAND, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/13/2010.
2) The plan was confirmed on 07/22/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 04/28/2014.
6) Number of months from filing or conversion to last payment: 48.
7) Number of months case was pending: 50.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 51,455.00.
10) Amount of unsecured claims discharged without full payment: 67,830.33.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $12,174.34 |
| Less amount refunded to debtor: | $98.40 |
| **NET RECEIPTS:** | $12,075.94 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,759.40 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $484.67 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $3,244.07 |
| Attorney fees paid and disclosed by debtor: | $950.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALEXANDRIA VANECK | Unsecured | 165.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | 240.00 | 239.66 | 239.66 | 14.38 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 100.72 | 100.72 | 6.04 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 1,390.01 | .00 | .00 | .00 |
| ASSETCARE INC | Unsecured | 179.00 | NA | NA | .00 | .00 |
| AT&T BANKRUPTCY | Unsecured | NA | NA | NA | .00 | .00 |
| ATTORNEY GENERAL STATE OF OHIO | Unsecured | 4,628.00 | NA | NA | .00 | .00 |
| CBCS | Unsecured | NA | NA | NA | .00 | .00 |
| CITIFINANCIAL AUTO | Unsecured | NA | NA | NA | .00 | .00 |
| CLEVELAND REGIONAL PHYSICIANS | Unsecured | 350.00 | NA | NA | .00 | .00 |
| CLEVELAND STATE UNIVERSITY | Unsecured | NA | NA | NA | .00 | .00 |
| COMMUNITY EMERGENCY PHYSICIANS | Unsecured | 185.00 | NA | NA | .00 | .00 |
| COTTLE PATHOLOGY | Unsecured | NA | NA | NA | .00 | .00 |
| CUYAHOGA CSEA | Priority | 6,728.70 | 7,145.18 | 4,212.31 | 4,212.31 | .00 |
| DANIEL S POLSTER MD LLC | Unsecured | 728.00 | NA | NA | .00 | .00 |


0011-35-EPIE35-00400212-400277

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:  BRIAN THOMAS FINLEY  
        JESSICA MARIE FINLEY  
        Debtor(s)

Case No.: 10-13311-aih

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DAVID A BADER ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| DR AZZAM N AHMED | Unsecured | 2,500.00 | NA | NA | .00 | .00 |
| DR FADI BASHOUR | Unsecured | NA | NA | NA | .00 | .00 |
| ECMC | Unsecured | 10,196.00 | 14,253.95 | 14,253.95 | 855.24 | .00 |
| EMERGENCY PHYSICIANS | Unsecured | 3,312.00 | NA | NA | .00 | .00 |
| EMERGENCY PHYSICIANS | Unsecured | NA | NA | NA | .00 | .00 |
| EMERGENCY PROFESSIONAL SVCS | Unsecured | 84.00 | NA | NA | .00 | .00 |
| FAIRVIEW GENERAL HOSPITAL | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 518.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 80.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 305.00 | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | NA | NA | NA | .00 | .00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | NA | NA | NA | .00 | .00 |
| GE MONEY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| HMC GROUP | Unsecured | NA | 238.00 | 238.00 | 14.28 | .00 |
| HSBC BANK USA NA | Secured | 102,005.00 | 95,354.08 | 95,895.77 | .00 | .00 |
| HSBC BANK USA NA | Secured | NA | 2,810.86 | 2,269.17 | 2,269.17 | .00 |
| IMMEDIATE MEDICAL MANAGEMENT | Unsecured | NA | NA | NA | .00 | .00 |
| J L RUSSELL & ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,698.07 | 1,698.07 | 101.88 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,977.17 | 1,977.17 | 118.63 | .00 |
| JOEL H RATHBONE | Unsecured | NA | NA | NA | .00 | .00 |
| KEITH WEINER & ASSOC | Unsecured | NA | NA | NA | .00 | .00 |
| KERRI N BRUCKNER | Unsecured | NA | .00 | .00 | .00 | .00 |
| KEVIN L STRING CO LPA | Unsecured | 158.00 | NA | NA | .00 | .00 |
| LABORATORY CORP OF AMERICA | Unsecured | 70.00 | NA | NA | .00 | .00 |
| LAKEWOOD HOSPITAL | Unsecured | 500.00 | NA | NA | .00 | .00 |
| LITTON LOAN SERVICING, LLP | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 718.00 | 733.98 | 733.98 | 44.04 | .00 |
| M J HECKER & ASSOCIATES PC | Unsecured | NA | NA | NA | .00 | .00 |
| MCCALLA RAYMER LLC | Unsecured | NA | NA | NA | .00 | .00 |
| MICHAEL P MARGELEFSKY ESQ | Unsecured | 158.00 | NA | NA | .00 | .00 |
| MONTGOMERY LYNCH & ASSOC | Unsecured | 728.00 | NA | NA | .00 | .00 |
| NCO | Unsecured | 46.44 | NA | NA | .00 | .00 |
| NCO FINANCIAL SERVICES | Unsecured | 517.80 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 222.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEMS | Unsecured | NA | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 518.00 | NA | NA | .00 | .00 |
| OHIO ANESTHESIA GROUP | Unsecured | 93.60 | NA | NA | .00 | .00 |
| PARMA ANESTHESIA ASSOCIATES | Unsecured | 720.60 | NA | NA | .00 | .00 |
| PARMA COMMUNITY GEN HOSPITAL | Unsecured | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 9,013.00 | 5,553.07 | 5,553.07 | 333.18 | .00 |

0011-35-EPIE35-00400212-400277

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re: BRIAN THOMAS FINLEY  
      JESSICA MARIE FINLEY  
      Debtor(s)

Case No.: 10-13311-aih

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 2,828.00 | 2,847.71 | 2,847.71 | 170.86 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | NA | 9,523.64 | 9,523.64 | 571.42 | .00 |
| RECEIVABLES OUTSOURCING | Unsecured | NA | NA | NA | .00 | .00 |
| REIMER, ARNOVITZ, CHERNEK & JEFFF | Unsecured | NA | NA | NA | .00 | .00 |
| REVENUE GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| SANDVIK PUBLISHING | Unsecured | 50.00 | NA | NA | .00 | .00 |
| SBC AMERITECH | Unsecured | 200.00 | NA | NA | .00 | .00 |
| SBC AMERITECH | Unsecured | NA | NA | NA | .00 | .00 |
| SOUTHWEST GENERAL HOSP | Unsecured | 150.00 | NA | NA | .00 | .00 |
| SPECIALIZED LOAN SERVICING | Unsecured | 26,593.00 | NA | NA | .00 | .00 |
| TIMBER RIDGE NECK & BACK | Unsecured | 304.69 | 304.69 | 304.69 | 18.28 | .00 |
| UNIFUND CCR PARTNERS | Unsecured | NA | 1,702.72 | 1,702.72 | 102.16 | .00 |
| UNIFUND CCR PARTNERS | Unsecured | NA | NA | NA | .00 | .00 |
| WESTGATE MEDICAL ANESTHESIA GRC | Unsecured | 567.00 | NA | NA | .00 | .00 |
| WESTSIDE IMAGING CENTER | Unsecured | 79.61 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 2,269.17 | 2,269.17 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 95,895.77 | .00 | .00 |
| **TOTAL SECURED:** | 98,164.94 | 2,269.17 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | 4,212.31 | 4,212.31 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | 4,212.31 | 4,212.31 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 39,173.38 | 2,350.39 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,244.07 |
| Disbursements to Creditors: | $8,831.87 |
| **TOTAL DISBURSEMENTS:** | $12,075.94 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/30/2014      By: /s/Craig Shopneck - CLEVELAND  
                                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.